# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: AUTOMATED TRANSACTIONS LLC PATENT LITIGATION | ) ) ) | MDL No. 13-2429 (SLR) |
| AUTOMATED TRANSACTIONS LLC v. 7-ELEVEN INC., et al. | ) ) ) | C.A. No. 06-043 (SLR) |
| AUTOMATED TRANSACTIONS LLC v. CUMBERLAND FARMS, INC. | ) ) ) | C.A. No. 13-134 (SLR) |
| AUTOMATED TRANSACTIONS LLC. v. SUNOCO, INC., et al. | ) ) ) | C.A. No. 13-596 (SLR) |

**UNOPPOSED MOTION TO DISMISS**

Automated Transactions LLC (ATL) respectfully requests that the Court dismiss the above captioned matters with prejudice. On November 14, 2014, ATL issued revised covenants not to sue to the Defendants in the above captioned matters. Based on the issuance of these revised covenants, Defendants in the above captioned matters have consented to the dismissal with prejudice of all claims and defenses raised in the above captioned matters. Once the cases are dismissed, the Court shall retain jurisdiction over the parties in the above captioned matters for an additional thirty (30) days. Any motion brought pursuant to 35 U.S.C. § 285 must be brought within 30 days of the entry of the Court's dismissal order.

Respectfully submitted,

Dated: November 14, 2014         STAMOULIS & WEINBLATT LLC

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis #4606
            stamoulis@swdelaw.com
Richard C. Weinblatt #5080
            weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

*Counsel for Plaintiff Automated Transactions LLC*


**SO ORDERED THIS**          day  of                         , 2014   that all of the claims in the above captioned matters are *Dismissed With Prejudice*.

_____
UNITED STATES DISTRICT COURT JUDGE